**Motion Granted and Order filed July 18, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00483-CV
_____

**GOLDKING ONSHORE OPERATING, LLC AND GOLDKING HOLDINGS, LLC, Appellants**

**V.**

**LEONARD C. TALLERINE, JR., GOLDKING ENERGY CORPORATION, GOLDKING ENERGY PARTNERS I, LP, GOLDKING ENERGY PARTNERS II, LLC, GOLDKING CAPITAL MANAGEMENT, LLC, RETA WELLWOOD D/B/A VERMILLION CONTRACTING CO., DENNA RAMSEY AND PAUL CULOTTA, Appellees**

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2013-08724

## ORDER

On May 13, 2013, the trial court granted Counterclaim Defendants'[1] and Third-Party Defendants'[2] Joint Motion to Compel Arbitration and for Stay

---

[1] Goldking Onshore Operating, LLC and Goldking Holdings, LLC.

regarding counterclaims numbered one through nine. The trial court denied the motion as to number ten. Appellants filed a notice of appeal from the order's denial as to number ten. Subsequently, Defendants/Counter-Plaintiffs (appellees) filed a cross-notice of appeal.

On June 14, 2013, appellants moved to dismiss the cross-appeal for want of jurisdiction. On June 29, 2013, a response was requested. No response was filed.

An order compelling arbitration is not subject to interlocutory appeal. *See In re Gulf Exploration*, *L.L.C.*, 289 S.W.3d 836, 840 (Tex. 2009); *Ortiz v. Junell Law Firm*, 14-11-00805-CV, 2011 WL 5554620 (Tex. App.—Houston [14th Dist.] Nov. 15, 2011, pet. denied) (mem. op). Accordingly, we grant appellants' motion and order the cross-appeal dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.

---

[2] Wayzata Opportunities Fund II, LP, Wayzata Investment Partners, LP, Pat Halloran, Mary Burns, Blake Carlson, Michael Strain, Raphael Wallander, and Edward Hebert.